**Appeal Dismissed and Memorandum Opinion filed May 7, 2020.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-19-00595-CV**

**CHARLIE JONES, Appellant**

**V.**

**US BANK TRUST N.A., Appellee**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1134285**

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 24, 2019. The clerk's record was filed August 2, 2019. No reporter's record was taken. No brief was filed.

On March 26, 2020, this court issued an order stating that unless appellant filed a brief on or before April 27, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.